IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: <br> HEROUX, MAUREEN <br><br> Debtor. | CHAPTER 7 <br><br> CASE NO. 05-75937 MB <br><br> Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:    THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES THOMAS J. LESTER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on 10/10/05. The Trustee was appointed on 10/10/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $95,709.10. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of March 20, 2007 is as follows:

| | | | | |
|---|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $ | 10,803.51 |
| b. | DISBURSEMENTS (See Exhibit C) | | $ | 3,825.00 |
| c. | NET CASH available for distribution | | $ | 6,978.51 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $ | 1,830.35 |
| | 2. | Trustee Expenses (See Exhibit E) | $ | 15.45 |
| | 3. | Compensation requested by attorney or other | | |

     professionals for trustee (See Exhibit F)    $_____0.00_

5. The Bar Date for filing unsecured claims expired on June 29, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a. Allowed unpaid secured claims    $_____0.00_

  b. Chapter 7 Administrative and
   28 U.S.C. §1930 claims    $_____1,845.80_

  c. Allowed Chapter 11 Administrative Claims    $_____0.00_

  d. Allowed priority claims    $_____0.00_

  e. Allowed unsecured claims    $_____94,520.01_

  f. Surplus return to debtor    $_____0.00_

7. Trustee proposes that unsecured creditors receive a distribution of _5.43%_ of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $3,825.00 to Trustee's Special Counsel, Kevin Bry. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,600.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

            RESPECTFULLY SUBMITTED:

DATE: March 21, 2007    /s/ Thomas J. Lester
            THOMAS J. LESTER, Trustee
            100 PARK AVENUE
            P.O. BOX 1389
            ROCKFORD, IL 61105-1389
            (815) 490-4900

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Investigate Debtor's personal injury claim

3. Employ Special Counsel.

4. Prepare Trustee's Final Report to disburse funds to unsecured creditors and close case.

5. Prepare Annual reports.

6. Prepare Final Account and Form 4.

A detailed list of Trustee time is attached to the Trustee's request for compensation as Exhibit E-1.

**EXHIBIT A**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-75937 MB | Trustee: | (330330) | THOMAS J. LESTER |
|---|---|---|---|---|
| Case Name: | HEROUX, MAUREEN | Filed (f) or Converted (c): | 10/10/05 (f) | |
| | | §341(a) Meeting Date: | 11/22/05 | |
| Period Ending: | 03/21/07 | Claims Bar Date: | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Home: 902 Peter Street, McHenry, IL<br>Secured Claim: $63,790 plus $7,500 exemption.<br>Debtor is purchasing home under Agreement for Deed.<br>Investigation of asset's equity is pending. | 89,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash<br>Exempt Asset | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Fifth Third bank account ending 47<br>Exempt Asset | 177.21 | 0.00 | DA | 0.00 | FA |
| 4 | Fifth Third bank account ending 19<br>Exempt Asset | 126.89 | 0.00 | DA | 0.00 | FA |
| 5 | Misc household items & furniture<br>Exemption and cost of recovery exceed value of asset | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 6 | 30 CDs<br>Exempt Asset | 90.00 | 0.00 | DA | 0.00 | FA |
| 7 | 20 books<br>Exempt Asset | 20.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing<br>Exempt Asset | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Gold ring<br>Exempt Asset | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Silver and turquoise jewelry | 300.00 | 0.00 | DA | 0.00 | FA |

EXHIBIT 6

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-75937 MB | Trustee: | (330330) | THOMAS J. LESTER |
| --- | --- | --- | --- | --- |
| Case Name: | HEROUX, MAUREEN | Filed (f) or Converted (c): | 10/10/05 (f) | |
| | | §341(a) Meeting Date: | 11/22/05 | |
| Period Ending: | 03/21/07 | Claims Bar Date: | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | Exempt Asset | | | | | |
| 11 | 1998 Chevrolet S-10 Pickup/90,000 mi.<br>Exemption and cost of recovery exceed value of asset | 4,325.00 | 0.00 | DA | 0.00 | |
| 12 | Computer<br>Exempt Asset | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | Claim against former employer/health plan (u)<br>Order approving Debtor's settlement of claim entered 3/15/06. Trustee recovered: $10,750 and authorized to pay special counsel $3,825 from proceeds. Recovery of settlement is pending. | 0.00 | 12,500.00 | | 10,750.00 | FA |
| 14 | Interest (u) | Unknown | N/A | | 53.51 | Unknown |
| 14 | **Assets**   Totals (Excluding unknown values) | **$95,709.10** | **$12,500.00** | | **$10,803.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Report of Assets filed 3/29/06.   Bar date: 6/29/06.   Trustee settled claim against former employer/health plan for $10,750.00.   Execution of settlement pending.
Investigation of equity in home being purchased on Agreement for Deed is pending.

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 05-75937 MB | Trustee: | (330330) | THOMAS J. LESTER |
| --- | --- | --- | --- | --- |
| Case Name: | HEROUX, MAUREEN | Filed (f) or Converted (c): | 10/10/05 (f) | |
| | | $341(a) Meeting Date: | 11/22/05 | |
| Period Ending: | 03/21/07 | Claims Bar Date: | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): October 31, 2006     Current Projected Date Of Final Report (TFR): October 31, 2006

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-75937 MB |
|---|---|
| Case Name: | HEROUX, MAUREEN |
| Taxpayer ID #: | 13-7518754 |
| Period Ending: | 03/21/07 |

| Trustee: | THOMAS J. LESTER (330330) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_*****76-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/23/06 | {13} | The Duval Group Ltd. | Settlement of Lawsuit. | 1249-000 | 8,500.00 | | 8,500.00 |
| 05/31/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.30 | | 8,501.30 |
| 06/20/06 | {13} | Humana | Settlement of Lawsuit pursuant to General Release and Settlement Agreement. | 1249-000 | 2,250.00 | | 10,751.30 |
| 06/30/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.04 | | 10,757.34 |
| 07/31/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.31 | | 10,764.65 |
| 08/31/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.32 | | 10,771.97 |
| 09/29/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.84 | | 10,778.81 |
| 09/29/06 | 1001 | Kevin E. Bry | Payment of Special Counsel Pursuant to Order entered 3/15/06 | 3210-600 | | 3,825.00 | 6,953.81 |
| 10/31/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.12 | | 6,958.93 |
| 11/30/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.57 | | 6,963.50 |
| 12/29/06 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.42 | | 6,967.92 |
| 01/31/07 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.64 | | 6,972.56 |
| 02/28/07 | {14} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.47 | | 6,976.03 |
| 03/21/07 | {14} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 2.48 | | 6,978.51 |
| 03/21/07 | | To Account #*******7666 | Transfer funds to checking account for preparation of Final Report | 9999-000 | | 6,978.51 | 0.00 |

| | | Subtotals : | $10,803.51 | $10,803.51 |
|---|---|---|---|---|


EXHIBIT C

{} Asset reference(s)    Printed: 03/21/2007 10:59 AM    V.9.02

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-75937 MB | Trustee: | THOMAS J. LESTER (330330) |
| --- | --- | --- | --- |
| Case Name: | HEROUX, MAUREEN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7518754 | Account: | ***_****76-65 - Money Market Account |
| Period Ending: | 03/21/07 | Blanket Bond: | $1,500,000.00  (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | ACCOUNT TOTALS | | 10,803.51 | 10,803.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,978.51 | |
| | | | Subtotal | | 10,803.51 | 3,825.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,803.51 | $3,825.00 | |

Case 05-75937    Doc 23    Filed 07/11/07    Entered 07/11/07 07:48:34    Desc Main Document    Page 9 of 15

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-75937 MB | Trustee: | THOMAS J. LESTER (330330) |
|---|---|---|---|
| Case Name: | HEROUX, MAUREEN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****76-66 - Checking Account |
| Taxpayer ID #: | 13-7518754 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/21/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/07 | | From Account #*******7665 | Transfer funds to checking account for preparation of Final Report | 9999-000 | 6,978.51 | | 6,978.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | | 6,978.51 | 0.00 | $6,978.51 |
| | | Less: Bank Transfers | | | 6,978.51 | 0.00 | |
| | | Subtotal | | | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $0.00 | |

Net Receipts :     10,803.51
Net Estate :     $10,803.51

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****76-65 | 10,803.51 | 3,825.00 | 0.00 |
| Checking # ***-*****76-66 | 0.00 | 0.00 | 6,978.51 |
| | $10,803.51 | $3,825.00 | $6,978.51 |

{} Asset reference(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HEROUX, MAUREEN<br><br>　　　　　　Debtor. | CHAPTER 7<br><br>CASE NO. 05-75937 MB<br><br>Judge MANUEL BARBOSA |

### DISTRIBUTION REPORT

I, THOMAS J. LESTER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,845.80 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 5,132.71 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 6,978.51 |

**EXHIBIT D**

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

    a. $1,845.80 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | THOMAS J. LESTER, Trustee compensation | 1,830.35 | 1,830.35 |
| | THOMAS J. LESTER, Trustee expenses | 15.45 | 15.45 |
| | | TOTAL $ | 1,845.80 |

    b. $0.00 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

    c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

**EXHIBIT D**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) -Claims for alimony, maintenance or support: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Taxes §724(b) - Tax Liens: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

   d.  $5,132.71 for general unsecured creditors who have filed claims allowed in the total amount of $94,520.01, yielding a dividend of 5.43% as itemized below:

**EXHIBIT D**

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $94,520.01 | 5.43% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Condell Medical Center/Certified Services | 84,722.21 | 4,600.66 |
| 2 | Kohl's Department Store | 485.13 | 26.34 |
| 3 | Allied Surgical Assistant Inc | 8,738.00 | 474.50 |
| 4 | eCAST Settlement Corporation assignee of | 574.67 | 31.21 |
|  |  | TOTAL $ | 5,132.71 |

e. $0.00 for tardily filed unsecured claims allowed in the total amount of $0.00 yielding a dividend of 0.00% as itemized below:

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

f. $0.00 for fines and penalties

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

g. $0.00 for interest

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

h. $0.00 Subordinated General Unsecured Claims

**EXHIBIT D**

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated General Unsecured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

i. $0.00 to the Debtor

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

j. $0.00 for secured creditors

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Creditors | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order, withdrawn by the claimant, or otherwise barred from distribution:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 1 | Condell Medical Center/Certified Services | $92,212.32 | Allowed in the reduced amount of $84,722.21 pursuant to Order entered 10/23/06 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATE:   March 21, 2007          /s/ Thomas J. Lester
                                THOMAS J. LESTER, Trustee

**EXHIBIT D**

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Trustee's Attorney | $0.00 | $0.00 | $0.00 |
| Trustee's Accountant | N/A | N/A | N/A |
| Trustee's Other Professionals Special Counsel, Kevin Bry | $3,825.00 | $0.00 | $3,825.00 |
| Debtor's Attorney | $1,600.00 | $0.00 | $1,600.00 |
| Debtors' Accountant | N/A | N/A | N/A |
| Any Other Professional | N/A | N/A | N/A |
| TOTAL | $5,425.00 | $0.00 | $5,425.00 |

**EXHIBIT G**