Case Name:  MAUREEN HEROUX
Case No:    05-75937

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 7/10/07                      WILLIAM T. NEARY
                                      United States Trustee, Region 11

                                BY:    __/s/_____
                                        CAROLE J. RYCZEK
                                        Attorney for the U.S. Trustee