IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:　　　　　　　　　　　　　　　　| CHAPTER 7
HEROUX, MAUREEN　　　　　　　　　　|
　　　　　　　　　　　　　　　　　　　| CASE NO. 05-75937 MB
　　　　　　　　　Debtor.　　　　　　 | Judge MANUEL BARBOSA

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:　U.S. BANKRUPTCY COURT
   　　211 South Court Street, Room 115
   　　Rockford, IL 61101

   on:　__August 1, 2007__
   at:　__9:30 a.m.__

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER Trustee | $ 0.00 | $ 1,830.35 | $ 15.45 |

4. The Trustee's Final Report shows total:

   a. Receipts　　　　　　　　　　　　　　　　　　　$　　　10,803.51

   b. Disbursements　　　　　　　　　　　　　　　　$　　　　3,825.00

   C. Net Cash Available for Distribution　　　　　$　　　　6,978.51

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $5,132.71, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $94,520.01, resulting in an approximate distribution of 5.43% to unsecured creditors.

6. The Debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:
   See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:　July 10, 2007　　　　　　　　　　　　　/s/ Thomas J. Lester
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THOMAS J. LESTER, Trustee

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

5937   Doc 30   Filed 07/12/07   Entered 07/14/07 23:39:43   Desc Imaged
Certificate of Service   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1            Date Rcvd: Jul 12, 2007
Case: 05-75937                Form ID: pdf002            Total Served: 27

The following entities were served by first class mail on Jul 14, 2007.
db           +Maureen Heroux,    902 Peter Street,    McHenry, IL 60051-9767
aty          +Steven J Brody,    Steven Brody & Associates, Ltd.,    15 W. Woodstock St,
               Crystal Lake, IL 60014-4209
tr            Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL 61105-1389
cr            eCAST Settlement Corporation assignee of HSB,    POB 35480,    Newark, NJ 07193-5480
10056472     +Allied Surgical Assistant Inc,    PO Box 1091,    Park Ridge, IL 60068-7091
10056473      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
10056474     +Certified Services Inc,    PO Box 177,    Waukegan, IL 60079-0177
10056475      Computer Credit Inc,    640 W Fourth St,    PO Box 5238,    Winston Salem, NC 27113-5238
10056476      Condell Acute Care Center,    36866 Eagle Way,    Chicago, IL 60678-1368
10056477   +++Condell Medical Center/Certified Services,    POB 177,    Waukegan IL 60079-0177
10056478     +Finance System of Green Bay Inc,    301 N Jackson Street,    PO Box 1597,    Green Bay, WI 54305-1597
10056479     +Hanger Orthopedic Group Inc,    2 Bethseda Metro Center,    Suite 1200,    Bethesda, MD 20814-6320
10056480     +Humana,   1100 Employers Blvd,    Green Bay, WI 54344-0001
10056481     +Jonathan Citow MD,    150 W Halfday Road,    Suite 105,    Buffalo Grove, IL 60089-6591
10704520     +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
10056482     +Kohls,   PO Box 3043,    Milwaukee, WI 53201-3043
10056483     +Lake County Anesthesiologists Ltd,    PO Box 70,    Lake Forest, IL 60045-0070
10056484      Lake County Radiology Assoc,    36104 Treasury Center,    Chicago, IL 60694-6100
10056485     +Law Offices O'Neill & Bockelman PC,    250 E Illinois Road,    Lake Forest, IL 60045-1969
10056486     +Neurology and Neurodiagnostics,    Scott Metrick MD,    900 N Westmoreland     Suite 220,
               Lake Forest, IL 60045-1681
10056487     +North Suburban Neurosurgery SC,    9700 N Kenton,    Skokie, IL 60076-1259
10056488     +O'Neill & Bockelman,    250 East Illinois Road,    Lake Forest, IL 60045-1969
10056489      Orchard Bankcard Services,    PO Box 80084,    Salinas, CA 93912-0084
10056490     +Patricia M. Doyle Revocable Trust,    115 S Prospect Street,    Galena, IL 61036-1807
10056491      Providian Customer Service,    PO Box 660509,    Dallas, TX 75266-0509
10798232      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,    Newark NJ 07193-5480
10840638     +eCast Settlement Corp Assignee of,    HSBC Bank Nevada NA / HSBC Card,    POB 35480,
               Newark, NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Kevin E Bry
aty*          Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL 61105-1389
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2007**          **Signature:**   *Joseph Speetjens*