IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HEROUX, MAUREEN<br><br>Debtor. | CHAPTER 7 CASE<br><br>CASE NO. 05-75937 MB<br><br>JUDGE MANUEL BARBOSA |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: 9/28/07

THOMAS J. LESTER, TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: November 13, 2007

WILLIAM T. NEARY
United States Trustee

By: CAROLE J. RYCZEK
Attorney for U.S. Trustee

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105
(815) 490-4900

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2007 through August 31, 2007

Account Number: **000312889877666**

### CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273



00018495 DBI 802 24 24707 - NNN  1  000000000  66 0000
05-75937 HEROUX MAUREEN
DEBTOR
330330 THOMAS LESTER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY    Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $6,978.51 |
| Checks Paid | 6 | - 6,978.51 |
| Ending Balance | 6 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 08/10 | $1,830.35 |
| 102 | 08/10 | 15.45 |
| 103 | 08/13 | 4,600.66 |
| 104 | 08/14 | 26.34 |
| 105 | 08/14 | 474.50 |
| 106 | 08/13 | 31.21 |
| **Total Checks Paid** |  | **$6,978.51** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/10 | $5,132.71 |
| 08/13 | 500.84 |
| 08/14 | 0.00 |

EXHIBIT B

Page 1 of 4